UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 01-1216 (RBW) |
| ) | |
| FEDERAL BUREAU OF ) | **FILED** |
| INVESTIGATION, ) | |
| ) | JUL 2 6 2002 |
| Defendant. ) | |
| ) | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

### ORDER

Upon consideration of Defendant's Motion to Dismiss and for the reasons set forth in the Memorandum Opinion accompanying this Order, it is hereby,

**ORDERED** that the Defendant's Motion to Dismiss is hereby **GRANTED**; and, it is

**FURTHER ORDERED** that the above-captioned case is hereby **DISMISSED WITH PREJUDICE.**

**SO ORDERED** this 26th day of July, 2002.

REGGIE B. WALTON
United States District Judge

11



Copies to:

Janice Galli McLeod
Office of Information and Privacy
United States Department of Justice
Flag Building, Suite 570
Washington, D.C. 20530-0001

Larry Klayman, Esq.
Judicial Watch, Inc.
501 School Street, SW
Suite 725
Washington, D.C. 20024